Circuit Court of Appeals for the Third Circuit denied. *Messrs. Geo. E. H. Goodner* and *Scott P. Crampton* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *F. E. Youngman* for the United States.

No. 245. STECKLER, ADMINISTRATOR, *v.* PENNROAD CORPORATION ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Emil Weitzner* for petitioner. *Messrs. C. B. Heiserman, R. Sturgis Ingersoll, Elder W. Marshall,* and *Thomas Stokes* for respondents.

No. 246. A. M. BYERS COMPANY *v.* PENNSYLVANIA. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. William M. Young* for petitioner.

No. 248. GENERAL MANAGEMENT CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Carl Meyer* and *Harry Thom* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Samuel H. Levy* for respondent.

No. 249. EVANGELICAL LUTHERAN SYNOD *v.* FIRST ENGLISH LUTHERAN CHURCH ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. W. R. Bleakmore*